**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NEWPORT NEWS DIVISION**



FILED

APR 2 3 2026

CLERK, U.S. DISTRICT COURT
NEWPORT NEWS, VA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | DOCKET NO. 4:26-MJ-_30_ |
| | ) | (Misdemeanor) |
| JUSTIN L. MITCHELL | ) | VA 19 |
| | ) | |
| | ) | Court Date: May 11, 2026 |
| | ) | Time: 8:30 a.m. |

CRIMINAL INFORMATION

COUNT ONE
(Misdemeanor) Ticket No. E2505181

THE UNITED STATES ATTORNEY CHARGES:

That on or about March 2, 2026 at Fort Eustis, Virginia, on lands acquired for the use of the United States, within the special maritime and territorial jurisdiction of this court, in the Eastern District of Virginia, JUSTIN L. MITCHELL operated a motor vehicle in a reckless manner by driving at a speed of twenty miles per hour or more over the posted speed limit, to wit: 49 miles per hour, in a posted 25 mile per hour speed limit zone. (In violation of Title 18 United States Code, Sections 7 and 13, assimilating Code of Virginia, Section 46.2-862).

TODD W. BLANCHE
ACTING ATTORNEY GENERAL

By: _____
GREGORY M. GOUJON
Attorney for the Government
United States Attorney's Office
2115 Pershing Avenue
Fort Eustis, VA 23604
Phone: (757) 878-9115
Email: gregory.m.goujon.mil@army.mil

## CERTIFICATE OF SERVICE

I certify that on _____, 2026, I caused a true and correct copy of the foregoing

Criminal Information to be mailed, postage prepaid, to the defendant and to any counsel

for the defendant known to the Government in the above-styled case.

GREGORY M. GOUJON
Attorney for the Government
United States Attorney's Office
2115 Pershing Avenue
Fort Eustis, VA 23604
Phone: (757) 878-9115
Email: gregory.m.goujon.mil@army.mil